UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Jimmy Walker and Terri Rena Walker**

a/k/a Terri R. Jackson, Terri R. Smith

S.S. Nos.: xxx-xx-7098 and xxx-xx-7626

Mailing Address: 120 Cottonfield Court, Raeford, NC 28376-0000

Case No. 07-80976

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on July 11, 2007.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: July 26, 2007

LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s John T. Orcutt

John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 4/16/06)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

Date: 7/10/07
Lastname-SS#: Walker-7098

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| ADT | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| Prime Acceptance | Rainbow Vacuum |

## ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See**) |
|---|---|---|---|
| ADT | | | |
| Wells Fargo | 5 | 4,482 | ** |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|

## LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Wells Fargo | 5 | $1,042 | T'ee | n/a | $1,042.00 | House & Lot |
| | | | T'ee | n/a | | |
| | | | T'ee | n/a | | |
| | | | T'ee | n/a | | |

## STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Coastal Federal Credit Union | 2 | $17,798 | T'ee | $178 | $400.41 | 2004 Toyota 4Runner |
| | | | T'ee | | | |
| | | | T'ee | | | |
| | | | T'ee | | | |

## STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| AmeriCredit | 1 | $10,182 | T'ee | $82 | $229.07 | 2003 Toyota Sienna |
| | | | T'ee | | | |
| | | | T'ee | | | |
| | | | T'ee | | | |
| | | | T'ee | | | |

## ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,100 |

## SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

## UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $1,953 |
| State Taxes | $1,877 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

## CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See♣) | | |

## GENERAL NON-PRIORITY UNSECURED

| | Amount* |
|---|---|
| DMI= None($0) | |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ 1,931 per month for 60 months, then

$ N/A per month for N/A months

Adequate Protection Payment Period: N/A months

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
♣ = Co-sign protect on all debts so designated on the filed schedules.
* = DMI x ACP
** = Pre-petition arrearage includes 1 post-petition mortgage payment.

Ch13Plan_MD_(DeSardi) (4/12/07) © John T. Orcutt - (Page 4 of 4)

## Other Miscellaneous Provisions

Please allow 3 waivers upon request.

# CERTIFICATE OF SERVICE

Gabrielle Morrison, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Gabrielle Morrison
Gabrielle Morrison

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

American Medical Collection Agency
2269 South Saw Mill River Road
Building 3
Elmsford, NY 10523

Coastal Federal Credit Union
Post Office Box 58429
Raleigh, NC 27658-8429

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Americredit
Post Office Box 183593
Arlington, TX 76096-3593

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402-6140

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-1126

AmeriCredit Financial Services
Attn: Bankruptcy Department
Post Office Box 183853
Arlington, TX 76096-3853

CTI Collection Services
Post Office Box 4783
Chicago, IL 60680-4783

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Associated Recovery Systems
Post Office Box 469046
Escondido, CA 92046-9046

Fayetteville Otolaryngology
1839 Quiet Cove
Fayetteville, NC 28304

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Birth and Women's Care PA
3601 Cape Center Drive
Fayetteville, NC 28304

First Point Resources
Post Office Box 26140
Greensboro, NC 27402-6140

ADT Security Services
2515 Downing Road
Fayetteville, NC 28312-8225

Cape Fear Valley Medical Cntr.
Post Office Box 788
Fayetteville, NC 28302-0788

Front Community Credit Union
506 South Fourth Street
Overland Park, KS 66207

AFA
5945 Cliffdale Road
Fayetteville, NC 28314

Capital One Bank
Post Office Box 30285
Salt Lake City, UT 84130-0285

Harrison Ross Byck, Esq., PC
229 Plaza Boulevard
Suite 112
Morrisville, PA 19067-7601

Alltel
One Allied Drive
Building 4, Second Floor
Little Rock, AR 72202

Capital One Bank
Attn: Bankruptcy Department
Post Office Box 85167
Richmond, VA 23285-5167

Hoke County Tax Collector
Post Office Box 217
Raeford, NC 28376-0217

American Coradius International
2420 Sweet Home Road
Suite 150
Buffalo, NY 14228-2244

Capital One Bank
15000 Capital One Drive
Richmond, VA 23238-1119

IC Systems
Post Office Box 64437
Saint Paul, MN 55164-0437

JC Penney
Post Office Box 533
Dallas, TX 75221-9913

Providian National Bank
4900 Johnson Drive
Pleasanton, CA 94588

Verizon
Post Office Box 1850
Folsom, CA 95630-1850

Le Bleu of Fayetteville
c/o Interstate Collections
Post Office Box 3136
Winston Salem, NC 27102-3136

Providian National Bank
Post Office Box 660490
Dallas, TX 75266-0490

Veterans Administration
Regional Office
251 North Main Street
Winston-Salem, NC 27155

Lowe's
Post Office Box 981064
El Paso, TX 79998-1064

Providian National Bank
Post Office Box 10467
Greenville, SC 29603-0467

Wells Fargo Home Mortgage
Post Office Box 14411
Des Moines, IA 50306-3411

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Karen L Smith , MD PA
Post Office Box 843149
Boston, MA 02284-3149

Wells Fargo Home Mortgage
Post Office Box 10335
Des Moines, IA 50306-0335

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

Spectrum Laboratory
Post Office Box 35907
Greensboro, NC 27425-5907

Wells Fargo Home Mortgage, Inc
2701 Wells Fargo Way
Minneapolis, MN 55467-8000

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

SST Columbia
Post Office Box 84024
Columbus, GA 31908-4024

Pentagroup Financial, LLC
5959 Corporate Drive, Ste 1400
Houston, TX 77036-2308

The Law Offices of John T. Orcutt, P.C.
6616-203 Six Forks Road
Raleigh, NC 27615

Pinehurst Surgical Clinic, PA
Post Office Box 2000
Pinehurst, NC 28374-2000

TRS/CIGPF1
4315 Pickett Road
Saint Joseph, MO 64503

Prime Acceptance
Post Office Box 5096
Chicago, IL 60680-5096

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858